UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL GLENN SR. LEE,<br><br>    Plaintiff<br><br>v.<br><br>CALVIN JOHNSON,<br><br>    Defendant | Case No.: 2:23-cv-00194-APG-NJK<br><br>**Order Dismissing Case** |

On February 22, 2023, Magistrate Judge Koppe ordered plaintiff Darrell Glenn Sr. Lee to pay the filing fee or file an application to proceed in forma pauperis. ECF No. 3. Lee did not do so. On March 4, 2024, the clerk of court issued a notice that the case would be dismissed if Lee did not take action within 14 days. Lee has taken no action and the clerk of court's notice was returned in the mail as undeliverable because Lee is no longer at High Desert State Prison. ECF No. 5. Thus, in addition to not responding to Judge Koppe's order or the clerk of court's notice, Lee has not updated his address as required by Local Rule IA 3-1.

I THEREFORE ORDER that this case is dismissed without prejudice for failure to prosecute. The clerk of court is instructed to close this case.

DATED this 19th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE